CLIMAX ROAD MACHINE COMPANY, Respondent, *v.* FORD ALLEN, Appellant.

*Climax Road Machine Co. v. Allen*, 172 App. Div. 915, affirmed.

(Argued January 13, 1919; decided January 28, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 27, 1916, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The complaint alleged the sale of a stone crusher by the plaintiff to one Jacob Rosecrans for $300; that he agreed to pay $100 of the purchase money in cash on the delivery of the crusher, and to give his note for $200 for ninety days for the balance; and that the defendant guaranteed and agreed in writing that the cash payment of $100 would be made by Jacob Rosecrans to the plaintiff as provided in the contract; that the road crusher was delivered; but that Jacob Rosecrans had neglected and failed to make the cash payment of $100 provided for in the contract; judgment was demanded against the defendant for that amount, with interest. The answer admitted the sale and delivery of the road crusher and the terms of payment, but denied that defendant received any consideration for guaranteeing the payment of the $100 in question, denied that Jacob Rosecrans neglected or failed to make the cash payment in question, denied that anything was due and owing from the defendant to the plaintiff, and denied each and every other allegation in the complaint contained, and alleged as a defense that Jacob Rosecrans had satisfied, paid and discharged the plaintiff's claim in full before the commencement of the action.

*Edward C. Hyle* for appellant.

*Daniel W. Van Hoesen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND and ANDREWS, JJ. Dissenting: CRANE, J.